UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TANA FORSTER, | ) | CASE NO. 1:13CV1651 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

On May 7, 2014, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 13) recommending that the Court AFFIRM the decision of the Commissioner.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  No one has raised any objections.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted.  This decision of the Commissioner is hereby AFFIRMED.

IT IS SO ORDERED.


Dated:  May 28, 2014                              */s/ John R. Adams*_____
                                                  JOHN R. ADAMS
                                                  UNITED STATES DISTRICT JUDGE